■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRANT M. WOODRUFF, Appellant. [664 NYS2d 903] —Judgment unanimously affirmed. Memorandum: By failing to move for dismissal of the indictment prior to the entry of his guilty plea, defendant waived his right to dismissal on speedy trial grounds (*see, People v Lawrence*, 64 NY2d 200, 204; *see also*, CPL 210.20 [1] [g]; [2]). (Appeal from Judgment of Cayuga County Court, Corning, J.—Escape, 2nd Degree.) Present—Green, J. P., Lawton, Hayes, Wisner and Boehm, JJ.